UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,         Case No. 06-C-1176

    v.

APPROXIMATELY $3,620.00 IN         **JUDGMENT OF DEFAULT AND**
UNITED STATES CURRENCY, AND       **FORFEITURE**
APPROXIMATELY $24,920.00 IN
UNITED STATES CURRENCY
LOCATED IN SAFE DEPOSIT BOX
NUMBER 1048,

        Defendants.

THIS CAUSE having come before this Court upon plaintiff's Motion for Default Judgment, it is hereby

ORDERED, ADJUDGED AND DECREED that the defendant properties be forfeited to the United States of America and no right, title or interest in the defendant properties shall exist in any other party. The defendant properties shall be seized forthwith by the United States Marshal Service for the Eastern District of Wisconsin or his duly authorized agent and shall be disposed of according to law.

Dated at Milwaukee, Wisconsin, this 8th day of January, 2007.

                              s/ Rudolph T. Randa
                              RUDOLPH T. RANDA
                              Chief United States District Judge

Judgment entered this 8th day of January, 2007.

by: s/ Linda M Zik
    Deputy Clerk